UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-61804-CIV-MORENO

ROBERTO GONZALEZ,

    Plaintiff,

vs.

E.S. KAPLAN - HILLSBORO, LLC,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal with Prejudice **(D.E. 10)**, filed on **August 30, 2016**.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this _30_ of August 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record